JAMES LICATA, *ET AL.*, PLAINTIFF-RESPONDENT, v. RICHARD LUTZ, *ET AL.*, DEFENDANT-PETITIONER.

*Mr. William O. Barnes, Jr.,* and *Mrs. Annamay T. Sheppard* for the petitioners.

*Mr. Bernard I. Kramer* for the respondents.

April 4, 1966. Granted.